AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSHUA V. HARRIPERSAUD <br><br> *Plaintiff(s)* <br> v. <br> PLATINUM IDEAS LLC, a Florida corporation. PLATINUM IDEAS MARGATE LLC, a Florida corporation. BARRINGTON JARRETT, individually, and APRIL JARRETT, individually. <br> *Defendant(s)* | Civil Action No. 0:25cv61343 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLATINUM IDEAS LLC
dba Firehouse Subs
c/o April Jarrett, registered agent
7542 W Commercial Blvd,
Lauderhill, FL 33319

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pilehvar Law PLLC
c/o Taymoor Pilehvar
429 Seabreeze Blvd., Ste. 13
Fort Lauderdale, FL 33316
(786) 490-6649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSHUA V. HARRIPERSAUD <br><br> *Plaintiff(s)* <br><br> v. <br><br> PLATINUM IDEAS LLC, a Florida corporation. PLATINUM IDEAS MARGATE LLC, a Florida corporation. BARRINGTON JARRETT, individually, and APRIL JARRETT, individually. <br><br> *Defendant(s)* | Civil Action No. 0:25cv61343 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLATINUM IDEAS MARGATE LLC
dba Firehouse Subs
c/o April Jarrett, registered agent
5516 W Sample Rd.
Margate, FL 33073

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pilehvar Law PLLC
c/o Taymoor Pilehvar
429 Seabreeze Blvd., Ste. 13
Fort Lauderdale, FL 33316
(786) 490-6649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSHUA V. HARRIPERSAUD <br><br> *Plaintiff(s)* <br> v. <br> PLATINUM IDEAS LLC, a Florida corporation. PLATINUM IDEAS MARGATE LLC, a Florida corporation. BARRINGTON JARRETT, individually, and APRIL JARRETT, individually. <br> *Defendant(s)* | Civil Action No. 0:25cv61343 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BARRINGTON C. JARRETT, Sr.
7520 NW 14 ST
PLANTATION FL 33313


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pilehvar Law PLLC
c/o Taymoor Pilehvar
429 Seabreeze Blvd., Ste. 13
Fort Lauderdale, FL 33316
(786) 490-6649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOSHUA V. HARRIPERSAUD <br><br> *Plaintiff(s)* <br> v. <br> PLATINUM IDEAS LLC, a Florida corporation. PLATINUM IDEAS MARGATE LLC, a Florida corporation. BARRINGTON JARRETT, individually, and APRIL JARRETT, individually. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:25cv61343 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  APRIL J. JARRETT
7520 NW 14 ST
PLANTATION FL 33313

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pilehvar Law PLLC
c/o Taymoor Pilehvar
429 Seabreeze Blvd., Ste. 13
Fort Lauderdale, FL 33316
(786) 490-6649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*